

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00037-CV

| | | |
|---|---|---|
| Trine Kristiansen Tome | § | From the 43rd District Court |
| | § | of Parker County (CV06-0624) |
| v. | | |
| | § | August 14, 2014 |
| Stephen Tome | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Trine Kristiansen Tome shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
      Justice Sue Walker